Case 2:22-cv-00540-FLA-MAR   Document 1   Filed 01/24/22   Page 1 of 3   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
1/24/22
CENTRAL DISTRICT OF CALIFORNIA
BY: _____RO_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:22-cv-00540-FLA-MARx

Nicole Denise Griggs , Plaintiff (s**)**

vs.

Chevron Corporation and Trancas Oil Company, Inc.,,

Defendant (s).

**COMPLAINT**

I,Nicole Denise Griggs plaintiff, in the above styled cause, sue defendant(s): Chevron Corporation and Trancas Oil Company, Inc.,,

This action is filed under: 10 U.S. Code § 921 - Art. 121-Larceny and wrongful appropriation, 18 U.S.C. § 3571-Assault, Intentional Infliction of Emotional Distress, 25 CFR § 11.401 Recklessly endangering another person.

On January 29, 2019 I stopped at the Chevron gas station at 30811 Pacific Coast Highway, Malibu, California 90265 and accidentally left my phone on the counter near the cashier while I was inside of the store. I needed the phone for GPS purposes since grew up in Florida, so I immediately noticed it was missing and returned back into the store to find my iPhone. I asked the store clerk about my phone's whereabouts. She claimed she did not see it however, she quickly exited the store and appeared to stash something in the storage unit outside of the store. Since it is an iPhone, I used my iPad and wifi hub to pull up my phones location on the Find My iPhone app, which showed my phone was at the store. I searched through my entire van in the parking lot, and then went back in the store to tell the cashier that my phone was indeed there. She still pretended she had not seen it, so I decided to drive down the street a little ways to check the Find My iPhone app again for my phones location to make sure it wasn't actually in my van. I took a screenshot on my iPad of my phone still pinging on GPS at the Chevron gas station I had just left. So, I returned to the Chevron station to continue searching for my phone since I had entered the store with it in my hand.

While I was in the store to ask the cashier to continue searching for it, a black male punched me in the back of the head twice while I was standing in front of the cashier. I actually had to tell the cashier to call the police since they just stood there watching me get assaulted. And I wouldn't have been back in the store had the clerk not stolen my phone.

The black male ran to his white BMW that was parked at one of the gas pumps and took off. When the police arrived, my PTSD kicked in since they acted as though I had done something wrong rather than it being me that had been robbed and assaulted, so I left quickly and my Nikon D800E camera body was split open and broken, which caused me to miss photographing a stunning sunset that evening.

This lawsuit is coming to light now because I am finally feeling well enough from injuries suffered in California July 9, 2019, and I am feeling well enough to begin with proceedings.

The stress and assault contributed to a long injury I am still currently recovering from, so the Plaintiff requests the amount of Ten-Million-Dollars ($10,000,000) to compensate for the losses of time, the pain and suffering as well as the loss of things that are irreplaceable, such as one of my cats, Blue aka Nana aka Chulabear, the loss of numerous teeth (since I was too injured to have the fillings that came out replaced), the loss of more than two-years of photos I could have taken as well as the loss of time since there is no amount of money that can ever make up for those things.

Dated: January 24, 2022.          Respectfully submitted,

                                                 /s/ *Nicole Denise Griggs*

                                                 Nicole Denise Griggs, In Pro Per

P.O. Box 89
 East Meadows, NY 11554
    407-279-2172


**Certificate of Service**
**I hereby certify** that a true and correct copy of the foregoing was served by [specify

method of service] on [date] on all counsel or parties of record on the Service List below.

*/s/ Nicole Denise Griggs*   Signature of Filer

**SERVICE LIST**

Chevron Products Company
(a Chevron U.S.A. Inc. division)
1500 Louisiana Street, Room 35025
Tel 713-657-9749

Chevron Store/Trancas Oil Company, Inc
30811 Pacific Coast Highway
Malibu, California 90265